**Electronically Filed
Supreme Court
SCWC-23-0000105
06-NOV-2024
09:05 AM
Dkt. 11 ODSAC**

SCWC-23-0000105

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JOHN J. CROKE,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000105; CASE NO. 1CPC-21-0000235)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant-Appellant John Croke's

application for writ of certiorari, filed on October 8, 2024, is

hereby dismissed as untimely.

DATED: Honolulu, Hawaiʻi, November 6, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens